HERBERT J. KOEHLER, complainant-respondent,

*v.*

GERTRUDE R. SALTZMAN et al., defendants-appellants.

[Argued October 18th, 1938.   Decided February 6th, 1939.]

*Mr. George H. Jacobs* (*Mr. William J. Shepp,* of counsel), for the defendants-appellants.

*Messrs. Riggins & Davis,* for the complainant-respondent.

PER CURIAM.

We have examined and considered with care the pleadings and evidence as exhibited by the state of the case, in the light of the arguments of counsel, and conclude that the order from which the appeal is taken was fully justified, and such order will be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 14.

*For reversal*—None.